**Motion Granted; Appeal Dismissed and Memorandum Opinion filed October 10, 2013**



**In The**

# Fourteenth Court of Appeals

## NO. 14-13-00426-CR

### STATE OF TEXAS, Appellant

### V.

### TOMMY LEE COUCH, Appellee

**On Appeal from the 122nd District Court**
**Galveston County, Texas**
**Trial Court Cause No. 11CR2054**

## M E M O R A N D U M   O P I N I O N

Appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.2. The motion is granted.

Accordingly, we order the appeal dismissed. We direct the Clerk of the Court to issue the mandate of the Court immediately.

PER CURIAM

Panel consists of Chief Justice Frost and Justices McCally and Busby.

Do Not Publish — Tex. R. App. P. 47.2(b)